IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OPERATION OCR, LLC D/B/A          )
OTHERWORLD FITNESS, et al.,       )
                                  )
          Plaintiffs,             )
                                  )          No. 1:21-cv-850 (LMB/TCB)
     v.                           )
                                  )
KATHLEEN PASSAFARO, et al.,       )
                                  )
          Defendants.             )

## ORDER

For the reasons stated in open court, defendant Kathleen Passafaro's Motion for Summary Judgment is GRANTED IN PART as to Trespass to Chattels (Count II) [Dkt. No. 112]; plaintiffs' Motion for Summary Judgment on liability is GRANTED IN PART as to Conversion (Count I) [Dkt. No. 114]; and it is hereby

ORDERED that Count II be and is DISMISSED as against Passafaro; and it is further

ORDERED that this civil action be and is STAYED pending the resolution of the bankruptcy proceeding.

The Clerk is directed to cancel the trial currently scheduled for June 8, 2022, to forward copies of this Order to counsel of record, and to remove this civil action from the active docket of the Court.

Entered this 27 day of May, 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge